## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KIARA JOHNSON,**

   *Plaintiff*,

   v.                                      Case Number: **8:24-cv-02147-SDM-AAS**

**CLARITY SERVICES, INC.,**

   *Defendant.*

_____/

### NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, Kiara Johnson, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendant Clarity Services, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Clarity Services, Inc., with prejudice.

   Dated November 8, 2024,

                                      /s/ *Brandon D. Morgan*
                                      Brandon D. Morgan, Esq.
                                      Florida Bar Number: 1015954
                                      Seraph Legal, P. A.
                                      2124 W. Kennedy Blvd., Suite A
                                      Tampa, FL 33606
                                      (813) 567-3434
                                      bmorgan@seraphlegal.com

### CERTIFICATE OF SERVICE

   I hereby certify that on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

                                      /s/ *Brandon D. Morgan*
                                      Brandon D. Morgan, Esq.
                                      Florida Bar Number: 1015954