# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**KIARA JOHNSON,**

*Plaintiff***,**

v.                                              Case Number: **8:24-cv-02147-SDM-AAS**

**CLARITY SERVICES, INC.,**

*Defendant.*

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES Defendant, Clarity Services, Inc., with prejudice, each party to bear its own costs and attorneys' fees.

Dated January 13, 2025,

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-3434
bmorgan@seraphlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954